393 A.2d 1272

Beck et al., Appellants v. Hunter et al.

Argued April 17, 1978. Howard V. Heck, for appellants; Neil D. Wright, for appellees.

Order affirmed.